NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSE JAMES MACK,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )        Case No. 2D17-2020
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____      )

Opinion filed September 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Brooke E. Teal, Special Assistant Public
Defender, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marilyn Muir Beccue,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.


          Affirmed.


KELLY, SLEET, and MORRIS, JJ., Concur.